UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
No. 15-CV-213

UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )
                               )
        v.                     )
                               )   ORDER ENTERING JUDGMENT OF
MOGEEB ABDU KARAH,             )       DENATURALIZATION
F/K/A YASER AHMED              )
MOHAMMED ZELAAT                )
                               )
             Defendant.        )

Based upon the Complaint filed by the United States of
America ("Plaintiff"), *see* Dkt. No. 1, the parties' Joint Motion
for Consent Judgment, and Defendant Mogeeb Abdu Karah's
("Defendant") admissions therein, this Court enters judgment for
Plaintiff and issues this Order:

(1) revoking and setting aside Defendant's United States
    citizenship;

(2) canceling Certificate of Naturalization No. 32767305
    issued to Defendant;

(3) restraining and enjoining Defendant from claiming any
    rights, privileges, benefits, or advantages related to
    United States citizenship; and

(4) requiring Defendant to surrender and deliver by
    overnight express courier within ten (10) days of the
    entry of this order Certificate of Naturalization
    No. 32767305 and any other indicia of United States

citizenship, including but not limited to any United

States passport relating to Defendant, to counsel for

Plaintiff, Lori B. Warlick.

SO ORDERED.

DATED: _May 26_, 2015

HON. TERRANCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2